UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80545-CV-DIMITROULEAS/ROSENBAUM

ASPEN LICENSING INTERNATIONAL, INC.,

    Plaintiff,

v.

IRON PONY DIRECT, LLC,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE AND RESPONSE TO ORDER TO SHOW CAUSE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(i), Plaintiff, Aspen Licensing International, Inc. ("ALI") hereby dismisses this action, with prejudice, with each party to bear its own fees and costs. This also constitutes a response to this Court's August 11, 2008 Order to Show Cause.

Submitted this 11th day of August, 2008.

        PENNINGTON MOORE WILKINSON
        BELL & DUNBAR, P.A.
        Attorneys for Plaintiff
        215 S. Monroe St., 2nd Floor (32301)
        Post Office Box 10095
        Tallahassee, Florida   32302-2095
        Telephone:     (850) 222-3533
        Facsimile:     (850) 222-2126

        By:    /s/ William H. Hollimon
            WILLIAM H. HOLLIMON
            Florida Bar No. 0104868
            bhollimon@penningtonlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system this 11th day of August, 2008.  I also certify that the foregoing document is being served this day on the following counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Kyle Stroh, Esquire
Law Office of Bruce E. Bailey
33 East Schrock Road
Westerville, Ohio   43081

/William H. Hollimon/